# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DARREN L. REAGAN, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>P. KAY PETERSON, Special Agent, )<br>FEDERAL BUREAU OF )<br>INVESTIGATION, ALAN HAMPTON, )<br>Special Agent, Internal Revenue Service - )<br>Criminal Investigation, and OTHER )<br>UNKNOWN NAMED AGENTS OF THE )<br>FBI, )<br>      Defendants. ) | Civil Action No. 3:11-CV-00004-M-BF |

## **FINDINGS AND RECOMMENDATION**

Plaintiff filed a May 24, 2011 Motion for Recusal ("Motion," doc. 23") seeking recusal of, inter alia, the District Judge and the United States Magistrate Judge assigned to this case. Plaintiff's unverified motion claims only that the judges will be fact witnesses in this case. Plaintiff's motion clearly insufficient as a matter of law because judges are not required to testify to judicial acts, and accordingly, they are not required to recuse themselves. 28 U.S.C. §466. *See United States v. Diana*, 605 F.2d 1307, 1316 (4th Cir. 1979). Similarly, Plaintiff cites no facts to show that the other parties for which he seeks recusal will be material witnesses in this case.

The Court recommends that the District Court deny the Motion as meritless.

SO RECOMMENDED, July 19, 2011.

                                                _____
                                                PAUL D. STICKNEY
                                                UNITED STATES MAGISTRATE JUDGE