IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARREN L. REAGAN, | § |
|     Plaintiff, | § |
| | § |
| v. | §Civil Action No. 3:11-CV-00004-M-BF |
| | § |
| P. KAY PETERSON, Special Agent, | § |
| FEDERAL BUREAU OF | § |
| INVESTIGATION, ALAN HAMPTON, | § |
| Special Agent, Internal Revenue Service - | § |
| Criminal Investigation, and OTHER | § |
| UNKNOWN NAMED AGENTS OF THE | § |
| FBI, | § |
|     Defendants. | § |

## ORDER

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Recusal (doc. 23) is DENIED.

**SO ORDERED** this 12th day of August, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS