IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARREN L. REAGAN, § § **Plaintiff,** § § v. § § P. KAY PETERSON, Special Agent, § FEDERAL BUREAU OF § INVESTIGATION, ALAN HAMPTON, § Special Agent, Internal Revenue Service - § Criminal Investigation, and OTHER § UNKNOWN NAMED AGENTS OF § THE FBI, § § § **Defendants.** § | Civil Action No. 3:11-CV-00004-M-BF |

## ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings and Recommendation of United States Magistrate Judge Paul D. Stickney, filed October 28, 2011. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Recusal (doc. 32) is DENIED.

**SO ORDERED** this 17th day of November, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS