IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARREN L. REAGAN,            )<br>        Plaintiff,            )<br>                              )<br>v.                             )<br>                              )<br>UNITED STATES OF AMERICA,      )<br>JOHN DE LA GARZA, AUSA,        )<br>WILBUR M. GREGORY, JR., SSA,   )<br>Federal Bureau of Investigation, and  )<br>ALAN HAMPTON, SA, Internal Revenue Service.<br>        Defendants.            ) | Civ. No. 3:11-CV-0004-M-BF |

**ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings and Recommendation of United States Magistrate Judge Paul D. Stickney. Plaintiff filed objections on November 13, 2012, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court has previously dismissed with prejudice Plaintiff's claims against Alan Hampton.

Defendants' Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1) is granted. Plaintiff's claims against the United States, the Federal Bureau of Investigation, John De La Garza, and William M. Gregory, Jr., in their official capacities, are dismissed with prejudice for lack of subject matter jurisdiction based upon sovereign immunity.

Defendants' Motion for Summary Judgment Pursuant to FED. R. CIV. P. 56 is granted. Plaintiff's claims against John De La Garza and William M. Gregory, Jr., in their individual capacities, are dismissed with prejudice.

**SO ORDERED** this 15th day of November, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS